(June 15, 1993)

■ LONNIE JONES, Appellant, v WEDGEWOOD WARREN ASSOCIATES, Respondent. (And a Third-Party Action.) [599 NYS2d 953] — Order, Supreme Court, New York County (Walter M. Schackman, J.), entered on February 20, 1992, unanimously affirmed for the reasons stated by Schackman, J., without costs and without disbursements. No opinion. Concur—Murphy, P. J., Sullivan, Milonas, Kupferman and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY VERA, Also Known as JOHNNY VERAS, Appellant. [599 NYS2d 954] —Judgment, Supreme Court, Bronx County (Arlene R. Silverman, J.), rendered June 25, 1991, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him to a term of 3½ years to life, unanimously affirmed.

Defendant validly waived his right to claim the legal, negotiated sentence is excessive *(People v Seaberg,* 74 NY2d 1, 9-10). Were we to review the claim, we would note that the factors presented by defendant in seeking a reduction of his sentence were known to, and considered by, the sentencing court. Defendant was sentenced in accordance with his plea bargain and within statutory guidelines. Having received the benefit of his bargain, defendant should be bound thereby *(People v Cipullo,* 171 AD2d 432, *lv denied* 77 NY2d 993). Concur—Murphy, P. J., Sullivan, Milonas, Asch and Nardelli, JJ.